UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                   | |
| Plaintiff,           ) | Case No. 1:08-cr-00147 |
| )                                   | |
| v.                                  ) | Honorable Paul L. Maloney |
| )                                   | |
| CARMEN LEONEL QUINA-LOPEZ,          ) | |
| )                                   | |
| Defendant.          ) | |
| _____) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 15, 2008, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant Carmen Leonel Quina-Lopez entered a plea of guilty to the Indictment charging defendant with reentry of a removed alien in violation of 8 U.S.C. 1326(a). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and

imposition of sentence are specifically reserved for the district judge. The clerk is directed to procure a transcript of the plea hearing for review by the District Judge.


Date:  July 18, 2008                                       /s/ Ellen S. Carmody                    
                                                         ELLEN S. CARMODY
                                                         United States Magistrate Judge


### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).